CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Maria Lopez**<br>DOB: 1971; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>23-08469MJ |

Complaint for violation of Title 18, United States Code, § 554(a)

On or about January 16, 2023, in the District of Arizona, **Maria LOPEZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is:  two (2) AR-15 rifles, two (2) rifle optics, two (2) 30 round magazines, and a .45 caliber pistol, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 16, 2023, **Maria LOPEZ** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona.   Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a white 2016 Toyota Corolla bearing Arizona temporary license plate DYA9BM driven by sole occupant and registered owner **Maria LOPEZ**.   The CBPO asked **LOPEZ** if she had any currency over $10,000, weapons, or ammunition to declare to which she denied having any of these items.   A search of her trunk revealed a duffle bag containing two (2) AR-15 rifles, two (2) rifle optics, two (2) 30 round magazines, and a .45 caliber pistol.   The CBPOs noted that the serial numbers on the two AR-15 style rifles were scraped off.

In a post-*Miranda* interview, **LOPEZ** admitted that she was recruited to take firearms to Mexico and agreed to do so because she needed money for bills and a place to live.   She agreed to pick up guns from individuals in Sahuarita, Arizona, in exchange for either money or to be provided an apartment to live.   She drove to a location in Sahuarita where individuals took her father's duffle bag from the trunk of her vehicle, took it inside a trailer where guns were put in it, and then brought it back out and placed it in the trunk.   She was instructed to cross the border and then contact someone once there.

The firearms, ammunition, and weapon parts found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.   **LOPEZ** does not possess a license to export weapons, ammunition, or weapon parts into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano* Raquel Arellano <span style="font-size:small">Digitally signed by RAQUEL ARELLANO<br>Date: 2023.01.17 12:22:34 -07'00'</span> | SIGNATURE OF COMPLAINANT<br>JARRED D FAGERLIE <span style="font-size:small">Digitally signed by JARRED D FAGERLIE<br>Date: 2023.01.17 12:49:06 -07'00'</span> |
|---|---|
| **Sworn by telephone  x** | OFFICIAL TITLE<br>HSI Special Agent Jared Fagerlie |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>January 17, 2023 |

1)    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54