GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No.  CR23-00198-TUC-RM (LAB) |
|---|---|
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| vs. | |
| Maria Lopez, -001, Counts 1-2, | VIO:  18 U.S.C. §§ 554(a) and 2 (Smuggling Goods from the United States) Count 1 |
| Alejo Quintero-Beltran, -002, Counts 1, and 3-4, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) (Felon in Possession of a Firearm) Count 2 |
| Defendant. | 18 U.S.C. §§ 922(g)(5) and 924(a)(2) (Alien in Possession of a Firearm) Count 3 |
| | 8 U.S.C. § 1326(a) (enhanced by 8 U.S.C. § 1326(b)(1)) (Illegal Re-Entry) Count 4 |
| | 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 16, 2023, in the District of Arizona, Defendants MARIA LOPEZ and ALEJO QUINTERO-BELTRAN knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any

manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Aero Precision model X15, 5.56 mm rifle, one (1) American Tactical Omni Hybrid, 5.56 mm AR pistol, one (1) Rock Island Armory .45 caliber pistol, two (2) thirty (30) round 5.56 mm magazines, one (1) .45 caliber magazine, and two (2) rifle optics, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT 2

On or about January 16, 2023, in the District of Arizona, Defendant MARIA LOPEZ knowing that she had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms in and affecting interstate commerce, to wit: one (1) Aero Precision model X15, 5.56 mm rifle, one (1) American Tactical Omni Hybrid, 5.56 mm AR pistol, and one (1) Rock Island Armory .45 caliber pistol.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3

On or about January 16, 2023, in the District of Arizona, Defendant ALEJO QUINTERO-BELTRAN, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, to wit: one (1) Aero Precision model X15, 5.56 mm rifle, one (1) American Tactical Omni Hybrid, 5.56 mm AR pistol, and one (1) Rock Island Armory .45 caliber pistol.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT 4

On or about March 15, 2023, at or near Sasabe, in the District of Arizona, ALEJO

*United States of America v. Maria Lopez, et al.*
*Indictment Page 2 of 4*

QUINTERO-BELTRAN, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona, on May 3, 2022, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

## FORFEITURE ALLEGATION

Upon conviction of Counts 1 through 4 of the Indictment, the defendant, MARIA LOPEZ and ALEJO QUINTERO-BELTRAN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) Aero Precision model X15, 5.56 mm rifle, one (1) American Tactical Omni Hybrid, 5.56 mm AR pistol, one (1) Rock Island Armory .45 caliber pistol, two (2) thirty (30) round 5.56 mm magazines, one (1) .45 caliber magazine, and two (2) rifle optics.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

/ / /

/ / /

/ / /

/ / /

*United States of America v. Maria Lopez, et al.*
*Indictment Page 3 of 4*

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: March 29, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/

ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Maria Lopez, et al.*
*Indictment Page 4 of 4*