GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
Arizona State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　　Plaintiff,

　　vs.

Alejo Quintero-Beltran,

　　　　　　　Defendant.

4:23-CR-00198-RM-2

SENTENCING MEMORANDUM

Plaintiff, United States of America, by its attorneys, GARY M. RESTAINO, United States Attorney, and ADAM D. ROSSI, Assistant United States Attorney, hereby submit its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for November 16, 2023, before the Honorable United States District Court Judge Rosemary Márquez.

Having reviewed the findings and recommendations in the Presentence Report (PSR), the government has no objection to the guideline calculations and concurs with the recommendations listed therein. The government respectfully requests that this Court accept the defendant's plea of guilty to the superseding indictment in this matter.

In this case, the defendant has concerning criminal history. In 2010, 2014, and 2015 the defendant committed three offenses of misdemeanor Improper Entry by an Alien, for which he was sentenced to time served, 75 days, and 150 days, respectively. PSR ¶¶ 33-35. In 2019, the defendant was convicted of Reentry of a Removed Alien, in the United

States District Court, Tucson, and was sentenced to time served (125 days and 3 years supervised release. PSR ¶ 36. The defendant also has five deportations, the last being on May 3, 2022. PSR ¶ 42.

The defendant's conduct in this case is even more concerning. Here the co-defendant was selected for outbound inspection attempting to smuggle an American Tactical AR-15 pistol with a mounted optic, an Aero Precision AR-15 rifle with a mounted scope, a 1911 Rock Island Armory .45-caliber pistol, two 30 round 5.56 mm magazines, and a .45-caliber magazine, into the Republic of Mexico. PSR ¶ 9. ATF special agents inspected the AR rifle and pistol, and both had obliterated serial numbers. PSR ¶ 10. The co-defendant waived *Miranda*, and stated that she agreed to participate for money for bills and a place to live. PSR ¶ 11. She also stated the defendant Alejo Quintero-Beltran, aka Chapo, would take care of her, and she agreed to transport the firearms and firearm accessories from Sahuarita to Mexico. *Id*.

The co-defendant stated when she arrived at a location in Sahuarita, individuals took a duffel bag from her trunk, took the bag inside a trailer, where the firearms and accessories were loaded into the bag and then placed in the trunk. PSR ¶ 12. Co-defendant Lopez was then instructed to cross into Mexico and call defendant Quintero-Beltran to obtain the drop-off information. *Id*. At the time of the offense, neither Lopez nor co-defendant Quintero-Beltran had a license to export weapons, ammunition, or weapon parts. PSR ¶ 16.

Additionally, a search of co-defendant Lopez's phone revealed communications with defendant Quintero-Beltran via WhatsApp, wherein defendant Quintero-Beltran sent co-defendant Lopez images of him holding one of the rifles that was seized at the Port of Entry in Nogales. PSR ¶ 15. The rifle displayed by defendant Quintero-Beltran in the images was the identical rifle, scope, and had the markings near the obliterated serial number to the firearm that was seized at the Port of Entry. *Id*. On March 15, 2023, defendant Quintero-Beltran was found illegally present in the United States near Sasabe, Arizona. PSR ¶ 16. He had been previously deported May 3, 2022. *Id*.

The firearms and firearm accessories the defendant and his co-defendant transported with the intent of exportation into Mexico qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. Neither the defendant nor any other individual involved in the attempted export of these firearms and ammunition had a license or any other lawful authority to export them from the United States into Mexico. As the Court is aware, the illegal export of such firearms, and firearms accessories are bound for the cartels in Mexico, and puts the citizens of Mexico and the United States in extreme danger.

As the Court can see from the plea offer and review of the PSR, the government authorized a range that did not include the two-level enhancement for being an organizer, leader, manager, or supervisor in any criminal activity pursuant to U.S.S.G. §3B1.1(c). Therefore, the government believes that while the Probation calculation is correct, the variance language in the plea should permit the Court to vary downward to the cap under the plea of 57 months, and the Court should do so in this case.

In summation, based on the nature of this serious offense and his role within it, especially as an organizer, leader, manager, or supervisor of such an offense, a sentence of 57 months is appropriate. Therefore, the government would request the Court accept the defendant's plea of guilty, and impose the recommendations of Probation, albeit with a lower term of imprisonment, including a term of 57 months imprisonment, to be followed by 3 years supervised release.

///

Based upon the nature of the current offense and the criminal history of the defendant, the sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

Respectfully submitted this 9th day of November, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Adam D. Rossi*
ADAM D. ROSSI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 9th day of November, 2023, to:

Jay Aaron Marble, Esq.,
Attorney for Defendant